Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2013 to 03/13/2014  
**Chapter 13 Case # 13-25481 / MBK**

Kristin Bruno  
115 Daniel Street  
Port Reading, NJ  07064

Petition Filed Date: 07/16/2013  
341 Hearing Date: 08/15/2013  
Confirmation Date: 09/10/2013

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2013 | $325.00 | 21026261665 | 09/10/2013 | $325.00 | 21206485686 | 10/07/2013 | $325.00 | 21206492537 |
| 11/05/2013 | $325.00 | 21537579576 | 12/03/2013 | $325.00 | 21206489837 | 01/09/2014 | $325.00 | 21537589050 |
| 02/04/2014 | $325.00 | 21537591311 | 03/04/2014 | $325.00 | 21762247421 | | | |

**Total Receipts for the Period:  $2,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kristin Bruno | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JUSTIN M GILLMAN, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | NORDSTROM | Unsecured Creditors | $2,054.34 | $0.00 | $2,054.34 |
| 2 | NISSAN MOTOR ACCEPTANCE CORP »» 12 NISSAN ALTIMA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | Discover Bank | Unsecured Creditors | $8,512.06 | $0.00 | $8,512.06 |
| 4 | MACYS | Unsecured Creditors | $1,557.66 | $0.00 | $1,557.66 |
| 5 | QUANTUM3 GROUP LLC »» COMENITY/EXPRESS | Unsecured Creditors | $1,139.90 | $0.00 | $1,139.90 |
| 6 | QUANTUM3 GROUP LLC »» J CREW | Unsecured Creditors | $933.36 | $0.00 | $933.36 |
| 7 | ANTIO, LLC »» CITIBANK | Unsecured Creditors | $22,650.89 | $0.00 | $22,650.89 |
| 8 | WELLS FARGO BANK, NA »» NP\610 WEST AVE\1ST MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

Date Printed: 03/13/2014  1:11 pm

**Chapter 13 Case # 13-25481 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through March 13, 2014.

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $2,600.00 | Plan Balance: | $16,900.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $325.00 |
| Paid to Trustee: | $0.00 | Arrearages: | $0.00 |
| Funds on Hand: | $2,600.00 | Total Plan Base: | $19,500.00 |

**NOTES:**

• **Pay your Trustee payment online!** Go to **www.russotrustee.com/epay** to learn more.

• Your case information is available at the **National Data Center**. Please visit **www.ndc.org**.

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**